as to defenses overruled, within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE CITY OF NEW YORK, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Finch, J., dissents.

LOUIS SPINGARN, Respondent, v. EMPIRE CITY MORTGAGE AND HOLDING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HERBERT STERN, Respondent, v. EDMUND SCHWARZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HERBERT STERN, Respondent, v. EDMUND SCHWARZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

: JOSEPH BULOVA, Respondent, v. LEOPOLD ZIMMERMANN and Others, Copartners, etc., Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CARL GOEPEL and Others, Composing the Firm of SCHULZ & RUCKGABER, Respondents, v. LEOPOLD ZIMMERMANN and Others, Composing the Firm of ZIMMERMANN & FORSHAY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LIBERAL FINANCE CORPORATION, Appellant, v. MURRAY LALOR, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES WEINSCHENKER, INC., on Behalf of Itself, etc., and Another, Respondents, v. POTTASCH BROS. Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES WEINSCHENKER, INC., on Behalf of Itself, etc., and Another, Respondents, v. POTTASCH BROS. Co., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements; the date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NINO BARRISE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of AMOS H. STEPHENS, an Attorney.— Application granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of JOSEPH WILKENFELD, an Attorney.— Application denied. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL BRODY v. ALFRED GINSBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES H. BAXTER v. ETHEL CLARKE BAXTER.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.